UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2215
_____

CLEAN AIR COUNCIL,
                                            Appellant

v.

UNITED STATES STEEL CORPORATION

_____

(W.D. Pa. No. 2-19-cv-01072)

_____

SUR PETITION FOR REHEARING

_____

Present:    SMITH, <u>Chief Judge</u>, and McKEE, AMBRO, CHAGARES, JORDAN,
            HARDIMAN, GREENAWAY, JR., SHWARTZ, RESTREPO, BIBAS,
            PORTER, MATEY, and PHIPPS, <u>Circuit Judges</u>

    The petition for rehearing filed by Appellant in the above-captioned case having been

submitted to the judges who participated in the decision, it is hereby **ORDERED** that the

petition for rehearing by the panel is **GRANTED**. The opinion and judgment filed June

21, 2021, are hereby **VACATED**. A subsequent opinion and judgment are herewith issued.

    A majority of the judges of the circuit in regular service not having voted for rehearing,

the petition for rehearing by the Court en banc is **DENIED**.

                                            By the Court,

                                            <u>/s/ Stephanos Bibas</u>
                                            Circuit Judge

Dated: July 20, 2021
cc: All Counsel of Record